**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-1871**

SAMWEIL MAZOUZ BASLIOUS SAADALLA,

Petitioner,

v.

MICHAEL B. MUKASEY, Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted: July 31, 2008      Decided: September 2, 2008

Before TRAXLER, GREGORY, and SHEDD, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Adedayo O. Idowu, IDOWU & ASSOCIATES, Silver Spring, Maryland, for Petitioner.  Jeffrey S. Bucholtz, Acting Assistant Attorney General, Shelley R. Goad, Senior Litigation Counsel, Katharine E. Clark, Trial Attorney, U.S. DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samweil Mazouz Baslious Saadalla, a native and citizen of Egypt, petitions for review of an order of the Board of Immigration Appeals ("Board") denying his motion to reopen removal proceedings based on a claim of ineffective assistance of counsel.  We have reviewed the administrative record and the Board's order and find that the Board did not abuse its discretion.  See INS v. Doherty, 502 U.S. 314, 323-24 (1992).  Accordingly, we deny the petition for review.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED